# MATTERS OF PRACTICE.

---

## CHITTENDEN COUNTY.

### January Term, 1843.

---

### William P. Briggs *et al.* *v.* Henry Shaw *et al.*

On an appeal from chancery, the supreme court will not send an issue of fact to the county court to be tried by a jury.

This case was an appeal from a decree of the chancellor of the third circuit. A motion was interposed by the orator, for this court to order the issue of fact in the case to be sent to the county court to be tried by the jury.

By the Court. — This court have now no chancery powers whatever, strictly speaking. In hearing this appeal we sit as a court of error merely, to examine into errors both of fact and of law, but not to re-examine any matter resting in the discretion of the chancellor. The sending an issue to be tried by the jury, is a matter of that character purely ; and, although common, both in England, and in many of these states, has not, to our knowledge, been practiced in this state.                                    Motion overruled.